UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THEODORE NELSON,

      Petitioner,

v.                            **ORDER**
                              Civil File No. 19-743 (MJD/TNL)

WARDEN M. RIOS,

      Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated May 24, 2019. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated May 24, 2019 [Docket No. 5].

2. Petitioner Theodore Nelson's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Docket No. 1] is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 27, 2019         s/ Michael J. Davis
                              Michael J. Davis
                              United States District Court